## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eleanor Fregni,<br><br>Plaintiff,<br><br>vs.<br><br>Delanor, Kemper & Associates, LLC,<br><br>Defendant. | Civil File No.: 11-cv-2920 (SRN/AJB)<br><br><br>**MOTION FOR DEFAULT JUDGMEENT** |

**TO:** Delanor, Kemper & Associates, LLC, DEFENDANT**,** by and through its attorney of record, Michael Cohen, Northside Law Center, LLC, 267 W. Wieuca Road NE, Suite 201, Atlanta, Georgia 30342.

**PLEASE TAKE NOTICE** that at a motion to be heard before the Honorable Susan Nelson of the United States District Court, the undersigned will move the Court for an Order of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Said motion will be based upon all the files, records and proceedings herein and the arguments of counsel

Dated:  May 1, 2012.                                  **MARSO AND MICHELSON, P.A.**


                                              By:      s/Patrick L. Hayes
                                                     Patrick L. Hayes (0389869)
                                                     Attorneys for Plaintiff
                                                     3101 Irving Avenue South
                                                     Minneapolis, Minnesota 55408
                                                     Telephone: 612-821-4817
                                                     phayes@marsomichelson.com